MARTIN, Respondent, v. NEW YORK EL. RY. CO. et al., Appellants. (Supreme Court,

Appellate Division, First Department. June 9, 1899.) Action by John S. Martin against the New York Elevated Railway Company and another. W. H. Godden, for appellants. E. D. Hawkins, for respondent. No opinion. Judgment modified, by reducing amount allowed for fee damage to $7,000, and, as so modified, affirmed, without costs. See 58 N. Y. Supp. 646.